FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

FEB - 2 2012

CENTRAL DISTRICT OF CALIFORNIA
BY  sm               DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. SACR06-0090 JVS |
|---|---|
| Plaintiff, | ORDER OF DETENTION |
| v. | [Fed.R.Crim.P. 32.1(a)(6); 18 U.S.C. §3143(a)] |
| ANDRES RIVERO, | |
| Defendant. | |

The defendant having been arrested in this judicial district pursuant to a warrant issued by the Honorable James V. Selna, United States District Judge, for an alleged violation of the terms and conditions of the defendant's supervised release; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a), The Court finds that:

A.  (X)  The defendant has not met his burden of establishing by clear and convincing evidence that he is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the defendant's lack of bail resources, lack of a stable residence, and the nature of the charged offense, which indicates the defendant is unlikely to comply with conditions of release; and

B.  (X)  The defendant has not met his burden of establishing by clear and convincing evidence that he is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the nature of the charged offense and defendant's criminal history.

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: February 2, 2012

          /s/    Arthur Nakazato
          ARTHUR NAKAZATO
          UNITED STATES MAGISTRATE JUDGE